20818

Jeane C. STEVENS, Respondent, v. Niles STEVENS, Appellant.

(249 S. E. (2d) 744)

*Stevens, Stevens & Thomas,* Myrtle Beach, *for appellant.*

*Houck, Clarke & Johnson,* Florence and *Grimes, Hinds & Cowan,* Georgetown, *for respondent.*

November 27, 1978.

Per Curiam:

As the result of a settlement entered into between the parties, all issues are moot in this case except that involving attorneys' fees. The appeal is accordingly dismissed, and the case is remanded to the Family Court of the Fifteenth Judicial Circuit for a determination of the latter issue.